IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| HERMIONE WINTER, | § | |
| | § | |
| Defendant Below– | § | No. 119, 2019 |
| Appellant, | § | |
| | § | Court Below–Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | Cr. ID No. 1308015125 (S) |
| | § | |
| Plaintiff Below– | § | |
| Appellee. | § | |
| | § | |

Submitted: June 10, 2019
Decided: June 12, 2019

## **ORDER**

It appears to the Court that, on May 21, 2019, the Chief Deputy Clerk issued a notice, via certified mail, to the appellant, Hermione Winter, to show cause why her appeal should not be dismissed for her failure to file her opening brief and appendix. Winter received the notice to show cause by May 28, 2019, but did not respond to it, and has not filed an opening brief. Dismissal of the appeal is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that the appeal is DISMISSED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice